fnldecnd (10/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William N. Pecuch<br>17 Steve Street<br>Hanover Township, PA 18706 | Chapter 13<br>Case No. 5:08−bk−52593−JJT |especially

Lisa Ann Pecuch
fka Lisa Ann Wasilewski
17 Steve Street
Hanover Township, PA 18706

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0631
xxx−xx−0429

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for William N. Pecuch and Lisa Ann Pecuch in accordance with §1328 of the Bankruptcy Code.

Dated: <u>January 14, 2014</u>

BY THE COURT

John J. Thomas
United States Bankruptcy Judge

*This document is electronically signed and filed on the same date.*