orclreop(05/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William N. Pecuch | Chapter 13 |
| Lisa Ann Pecuch<br>fka Lisa Ann Wasilewski | Case number 5:08–bk–52593–JJT |
| **Debtor(s)** | |

### Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated:  January 23, 2014

By the Court,

John J. Thomas
United States Bankruptcy Judge